FILED

DEC - 1 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.

SILAS DUANE BOSTON
*Defendant(s)*

Case No. 2:16-MJ-206 KJN

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. Between on or about the date(s) of June 29, 1978, and July 6, 1978, within the special maritime and territorial jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § § 7 & 1111(a) | Maritime Murder |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent David J. Sesma
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec 1, 2016

*Judge's signature*

City and state: Sacramento, CA

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A COMPLAINT AND ARREST WARRANT

I, David J. Sesma, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT QUALIFICATIONS

1. I am employed by the Federal Bureau of Investigation (FBI) as a Special Agent. As a Special Agent of the FBI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States. I have been employed by the FBI since July 2004 and am currently assigned to the Sacramento Field Office, where I am investigating complex financial crimes. Prior to this assignment, I was assigned to the Fairfield Resident Agency of the FBI, where I investigated violent crimes. Included in my duties is the enforcement of all laws related to violent crime including, but not limited to, murder and crimes committed in the special maritime and territorial jurisdiction of the United States. I have received specialized training in evidence collection and behavioral analysis, and developed experience in various criminal investigations. I have also received training pertaining to the investigation of cold cases and I am a member of the Sacramento Field Office Behavioral Analysis Team which consults and investigates cold case homicides and other violent crimes.

## OFFENSE

2. The FBI and the City of Sacramento Police Department (SPD) Cold Case Unit are investigating SILAS DUANE BOSTON (BOSTON) for the 1978 premeditated maritime murders of CHRISTOPHER FARMER (FARMER) and PETA FRAMPTON (FRAMPTON). The federal murder statutes in effect in 1978 provided:

> Murder is the unlawful killing of a human being with malice aforethought. Every murder perpetrated by poison, lying in wait, or any other kind of willful,

> deliberate, malicious, and premeditated killing; or committed in the perpetration of, or attempt to perpetrate, any arson, rape, burglary, or robbery; or perpetrated from a premeditated design unlawfully and maliciously to effect the death of any human being other than him who is killed, is murder in the first degree.
>
> Any other murder is murder in the second degree.

18 U.S.C. 1111(a) (1948). The special maritime and territorial jurisdiction at the time included:

> the high seas, any other waters within the admiralty and maritime jurisdiction of the United States and out of the jurisdiction of any particular State, and any vessel belonging in whole or in part to the United States or any citizen thereof, or to any corporation created by or under the laws of the United States, or of any State, Territory, District, or possession thereof, when such vessel is within the admiralty and maritime jurisdiction of the United States and out of the jurisdiction of any particular State.

18 U.S.C. § 7(1) (1952).

3. BOSTON committed the murders by drowning FARMER and FRAMPTON in the Caribbean Sea off Guatemala. BOSTON bound his victims and caused them to go off the Justin B., a boat that BOSTON, a United States citizen, owned. The United States Attorney's Office informs me that there is federal jurisdiction over these extraterritorial crimes because BOSTON, who was a United States citizen, committed the murders while on a boat that he owned. Maritime murder is a crime against the United States. *See* 18 U.S.C. §§ 1111, 7(1). District courts have jurisdiction over such offenses. *See* 18 U.S.C. § 3231. Venue is proper in whatever district the defendant is arrested or first brought on the maritime murder charge. *See* 18 U.S.C. § 3238. Because the federal murder statute provides for the death penalty, there is no applicable statute of limitations. *See* 18 U.S.C. § 3281.

4. I have not included every fact that is known to me from my investigation, but rather only those facts that I believe are necessary to establish probable cause for this complaint and the issuance of an arrest warrant.

## INVESTIGATION

5. On May 9, 2016, I met with SPD Detective Amy Crosby, who explained to me that she had been conducting an investigation into the 1968 disappearance of MARY LOU BOSTON (MARY LOU), BOSTON's former wife. Also during the meeting, I was introduced to Detective Michaela Clinch of the Greater Manchester Police Department (GMP) in the United Kingdom who was participating via teleconference. The SPD received a missing person's report for MARY LOU on September 26, 1968. The SPD investigated the case and were unable to locate MARY LOU. BOSTON convinced the investigating officer in 1968 that MARY LOU had taken funds from their joint bank account and run off with another man. But MARY LOU never reappeared to her family and shows up in no records indicating her survival after her disappearance. Detective Crosby explained to me that during her investigation of MARY LOU's disappearance, she became aware of the murder of FARMER and FRAMPTON off the coast of Guatemala in 1978. Detective Crosby learned of the murders, contacted the GMP, and received records from GMP Detective Clinch. I have obtained copies of and reviewed numerous reports from the GMP, SPD, INTERPOL (International Police), and other government agencies in my investigation. I have also reviewed other supporting documentation including autopsy reports, port records, emails, letters, family photographs, and documents compiled by the victim's family.

### Original Investigation of FARMER and FRAMPTON's Disappearance

6. Much of my knowledge of FARMER and FRAMPTON comes from records that I received from the GMP. The GMP's records compilation is made chiefly of a working file that Detective Clinch collected from the retired GMP detective who investigated the FARMER/FRAMPTON disappearance in the late 1970s and early 1980s. The records were

preserved because the retired GMP detective maintained copies in the garden shed of his home in England.

7. I learned from the GMP's records that FARMER and FRAMPTON, former residents of Cheshire, England, decided to travel abroad for approximately one year beginning in December 1977. FARMER and FRAMPTON were dating at the time they left the United Kingdom and were both approximately twenty-five years old. FARMER had recently graduated from medical school and FRAMPTON had recently graduated from university with a degree in law. The couple first travelled to Australia, where FARMER worked as a medical doctor for a few months at the After Hours Medical Center in Brisbane, Australia. From there, the couple travelled to the Americas.

8. Throughout their travels, FARMER and FRAMPTON remained in frequent contact with their families through postcards, letters, and by telephone. In a letter dated May 19, 1978, FRAMPTON wrote to her mother that she and FARMER were touring around Guadalajara, Mexico. In the same letter, I noted a date of May 24, 1978, and FRAMPTON indicated she and FARMER had made their way to Oaxaca, Mexico. In a letter dated June 6, 1978, FRAMPTON wrote from "The Marin Hotel" in Belize. FRAMPTON wrote she and FARMER had travelled through Belize City, Belize, and then to Cay Caulker, Belize. FRAMPTON said she intended to subsequently travel to New Orleans, Louisiana, to visit a friend. Later in the same letter, FRAMPTON wrote the date as June 13, 1978, and stated: "Sorry, I forgot to post this in Belize on Sat so am adding a little now as all our plans have changed we originally meant to get the bus to Merida but knew an American called Dwayne [sic] who owns a Belizean boat called the 'Justin B' offered to take us up to Chetumal [Mexico] by sail so we decided to do that." Frampton then writes, ". . . Dwayne [sic] wanted to take the boat

down to Costa Rica to sell it anyway we thought it was an opportunity not to be missed espcly [sic] as Chris wanted sailing experience."

9. The final letter written by FRAMPTON was received by the FRAMPTON family in Manchester, England in or around early August 1978. The envelope was postmarked, "Livingston, 18th July 1978." (Livingston is a town in Guatemala.) The sender's name and address listed on the letter was, "P.A. Frampton", "The Justin B." FRAMPTON begins the letter by writing "On the way to Hunting Cay" and dates the letter June 28, 1978. FRAMPTON continues to write, "Dear Mum, We have just set off from Placentia [sic], a small fishing port in the south of Belize & it's about 7 am." In the same letter, FRAMPTON added the date of June 29, 1978, and wrote "Well, we had a perfect sail & reached Hunting Cay at abt [sic] 11 am." FRAMPTON later wrote,

> Another reason I wouldn't mind ending my sailing career now – I'm down as a sailor on the papers! – is the 2 sons of Duane. They are 12 & 13 years but behave more like 8 & 9 & I find I have no patience at all with them. Of course they squabble most of the time & I now see how irritating we must have been in that respect. But on a boat there's nowhere you can go. What makes it worse is that Duane curses & puts them down continually, often when things are not going quite right like when we didn't get one of anchors up because the motor wasn't working to give us leverage and we subsequently went back for it & managed to retrieve it abt $100 worth.

FRAMPTON ends her final letter home by writing, "Enough of the future. I don't think there's any more news- nothing much happens on a boat. Lots of love Pete." The FRAMPTON family never received another letter from FRAMPTON. Neither the FRAMPTON family nor the FARMER family ever heard from the couple again.

10. I learned from the GMP that in or about September 1978 the families of FARMER and FRAMPTON became concerned because they had not heard from the couple since FRAMPTON's last letter, which was postmarked on or about July 18, 1978. As a result,

FARMER's father, Charles Beupre Bell Farmer, began making inquiries in order to locate FARMER and FRAMPTON. His efforts included corresponding with the British Foreign and Commonwealth Office as well as individuals in Belize, Guatemala, and the United States. Charles Farmer shared this correspondence with the GMP. I have reviewed the correspondence and accompanying documentation.

11. I reviewed a letter to the FARMER family, dated September 29, 1978, written by Belizean Acting Harbour Master A.F. Mahler which confirmed that FRAMPTON and FARMER were on board the Justin B. Mahler wrote that he reviewed and obtained photo copies of Belizean port records. Mahler stated that in September of 1978,

> The latest information I have regarding the "Justin B" is that she sailed from the Port of Dangriga in Belize bound for Puerto Cortes Honduras on the 26th of June 1978. The Captain of the boat was an American named Duane Boston. As you can see from the attached photo copies of the ship's clearance from Dangriga on the 26th June your son and Miss Frampton were members of the crew for this voyage. On the 9th August 1978, the "Justin B" again entered the Port of Dangriga, Belize. Apparently it had returned to Livington [sic] directly from Puerto Cortes and then came on to Dangriga from there. Your son and Miss Frampton were not a part of the crew for this voyage.

I reviewed the three-page document attached to the letter from A.F. Mahler. The first page lists the port of registry as "Belize" and the "Name of Master" as "Duane Boston." On the bottom of the page is the apparent signature of DUANE BOSTON. The second page is titled "Port of Belize-Entry Outwards" and the Ship's Name is listed as "Justin B." The Port of Destination is listed as "Puerto Cortes Honduras." The third page of the report is a "Crew List" which listed the following crew and passengers and their occupations:

| Name | Age | Nationality | Occupation |
|---|---|---|---|
| Duane Boston | 37 | American | Master |

| | | | |
|---|---|---|---|
| Chris Farmer | 25 | British | Sailor |
| Peter[1] Frampton | 24 | British | Sailor |
| Vince Boston | 13 | American | Sailor |
| Russell Boston | 12 | American | Sailor |

Later, on the same page, I saw a signature of the "Captain" which appeared to be signed by DUANE BOSTON. The stamp on the form lists the date as June 26, 1978, "Custom House-Dangriga-Belize."

12. The FARMER family received a letter from the British Consulate in Guatemala dated October 23, 1978, which indicated that when the Justin B. arrived in Guatemala, FRAMPTON and FARMER were no longer aboard. The letter states, "The Foreign Office will probably have told you that we contacted the Immigration office in Livingston. Their records show that the JUSTIN B entered Livingston on 6 July 1978 with only three passengers on board: SILAS DUANE BOSTON and his two young sons. The Immigration authorities in Livingston also told us that Silas Duane Boston is resident in California. You probably already know that, as a result, the Foreign Office have asked the British Consulate General in San Francisco to try and contact Mr Boston and enquire where your son disembarked and whether he knew of his future travel plans."

13. The FARMER family received a report dated July 8, 1978, written in Spanish, that detailed the recovery by volunteer firefighters (otherwise known as "Bomberos" in Spanish)

[1] Throughout my investigation I have seen "Peter" used interchangeably with "Peta." I believe that individuals may have mistaken FRAMPTON's first name for "Peter" given the similar pronunciation between "Peta" and "Peter," as well as the fame of the singer Peter Frampton at the time. I believe that the notations "Peter Frampton" here and elsewhere are in fact references to PETA FRAMPTON.

of two corpses floating in the ocean off of Punta De Manabique, Guatemala. I have reviewed an English translation of the report, which states the following:

> At the request of the Justice of the Peace of this port, we were transported by a unit of the Marines to Punta de Manabique. On arrival at the place mentioned we became aware that approximately 200 meters from the beach two corpses were floating in the sea. We had to go into the water, since we had already attempted to lift them from the deck of a small boat supplied by local commissioners. When we were in the water we became aware that one of them, the male, was wearing a blue canvas jacket and blue shorts, the body was decomposed and we could not obtain major details of complexion, hair, face, etc. This corpse had its hands bound behind the back and legs and ankles were also bound; round the neck it had a yellow nylon string 15 meters long tied to a "shock-block" (part of the engine of an automobile), it had a bullet hole in the right leg and signs of torture. The other corpse, the female, was wearing a green T-shirt, no brassiere, green shorts, and was also decomposed; her hands were bound in the back as were her legs and ankles, and from the string in the bottom of the sea hung part of the engine of an automobile commonly called "Espejo con toda y su corona". She had a plastic bag covering her head, as a hood, tied around her neck, and it was observed that her hair was blonde, her age was between 15 and 18 years, 1.65 meters high. After picking up the bodies they were taken from Punta de Manabique to the dock of the Marines at Santo Tomas and from there to the Puerto Barrios National Amphitheatre in Unit 78 of this Company.

14. I know from reviewing maps of the area that Punto de Manabique, where the bodies were recovered, is a peninsula about 10 miles Northeast of Livingston. Below is a screen capture of a Google Maps image of Livingston, Punto de Manabique, and parts of the coast of Belize and Honduras:




15. The FARMER family also obtained a letter written by Dr. Angel Maria Vasquez Cuellar of the "Department of Forensic Medicine, Judicial Power, Department of Guatemala" dated February 7, 1979. The letter documented Dr. Cuellar's July 10, 1978, autopsy of the recovered bodies as follows:

> With reference to your note of 6 February 1979, I hereby inform you that on 9 July 1978 two unidentified corpses were brought to the amphitheatre of the national hospital of this city; one was male and the other female, and they were sent to us

by the local provisional Justice of the Peace, to perform the autopsy. These corpses were found floating near the village Punta de Manabique on 8 July 1978 at 15:30 hours.

In the protocol of Autopsy no 3853, on 10 July at 9:30 hours, is recorded the un identified female corpse, young-adult whose age is not calculated to the advanced stage of decomposition, wearing no dress and covered only with a white nylon panty; her height was approximately 1.65 meters and weight approximately 50-55 kilos; she had fish bites over her body and the aspect of the corpse is monstrous. The examination of the visceras shows congestion of the lungs, and upon the cutting dripped fetid foamy blood serum. The efficient cause of death was recorded as asphyxia by submersion.

In the protocol of Autopsy no 3854 of 10 July 1978, at 10:30 hours is recorded the unidentified male corpse of approximately 65 kilos of weight and 1.67 meters tall; young-adult whose age cannot be calculated by the advanced stage of decomposition; his aspect is monstrous and has fish bites over his body. From the examination of the visceras is reported a lung congestion with intra-lung blood material. The efficient cause of death was recorded as asphyxia by submersion.

16. The FARMER family received a letter from the Foreign and Commonwealth Office dated June 29, 1979, which indicated the recovered bodies were identified as FARMER and FRAMPTON:

An exhumation of five bodies was carried out at the cemetery on 10 April. This number of exhumations was necessary because the stakes which had earlier marked the plots of unidentified bodies buried in the cemetery had, in the course of time, been removed. During the exhumations the bodies of your son and Miss Frampton were positively identified. They were reburied immediately in plots 58 and 59. The Consul telegraphed this information to us on 10 April and, you being then in Portugal, our Consul in Lisbon conveyed the news to you on the following day. We informed Mrs Frampton.

17. Included in the documents that GMP provided to US investigators was a report dated April 16, 1979, prepared by Dr. Gustavo Berger R. of the "Oral Medicine and Surgery Guatemala, C.A." Dr. Berger wrote that he examined two corpses which were exhumed from the cemetery at Puerto Barrios. Dr. Berger described his examination and comparison of the dental records of FARMER and FRAMPTON supplied from England with the dental structures

of the corpses exhumed from the cemetery at Puerto Barrios. He found that the dental records matched the corpses, and concluded the bodies were those of FARMER and FRAMPTON. The GMP also provided a report written by James Kenneth Holt, a Doctor of Dental Surgery in Manchester, who reviewed the background information on the case, the report by Dr. Berger from Guatemala, and the dental records of FRAMPTON and FARMER. Holt confirmed Dr. Berger's findings and the identification of the bodies as FRAMPTON and FARMER.

18. I learned from the GMP that several attempts were made to contact BOSTON for information about what happened to FARMER and FRAMPTON. For example, the FARMER family received a letter dated November 29, 1978, from the Foreign and Commonwealth Office stating:

> Our Consulate-General in San Francisco spoke to Mr Duane Boston by Telephone on 30 October. The address through which they contacted him, which we assume remains the same, is as given in my letter to you of 17 October: Box 134, Smith's Flat, California 95222. Duane Boston said that he remembered Chris and Peter very well and that they had been frequent passengers on his boat. He said that he agreed to take them from Belize to Puerto Cortes. Stops were made at various islands but as the Justin B subsequently required repairs the two passengers disembarked at a peninsula across the bay from Livingston. It appears their intention was to hire a native boat. Boston added that he thought he saw them in Livingston boarding a ferry during the second week in July but cannot be sure. He did not really know their ultimate destination but said they could be heading for San Andreas Island or Trinidad or that they might go to Colombia or Peru.

19. One of the documents provided by the GMP was entitled "Greater Manchester Police Statement of Witness" and dated August 22, 1979. Charles farmer provided the statement to the GMP in which he attests that he attempted to contact BOSTON by telephone but instead spoke with BOSTON's father, Russell Boston. Farmer then received a return telephone call from BOSTON on or about January 25, 1979. Farmer told the GMP that, to the best of his recollection, the following conversation took place with BOSTON via telephone:

Q. "Is that Duane Boston?"

A. "Yes".

Q. "The Mr. Duane Boston, owner of the 'Justin B'?"

A. "Yes, I was".

Q. "This is Charles Farmer, father of Dr. Christopher Farmer who was on board your boat with Miss Frampton last year. I would like to ask you a few questions, as we have not heard from them since Hunting Cay, in June".

A. "Yes, I remember them. I spoke to someone from the British Consul and told then all about them".

Q. "Yes quite, you landed them where?"

A. "Near Porto Barrios".

Q. "In Guatemala?"

A. "Yes, in Guatemala".

Q. "What sort of coast?"

A. "The beach".

Q. "How were they dressed?"

A. "I can't just remember - jeans or something".

Q. "Had Chris got his medical bag?"

A. "His what?"

Q. "Well Chris. was a medical doctor, and as he was going to another medical appointment, he would have his medical bag".

A. "No. A duffle bag."

Q. "Where they alright for money?"

A. "They seemed to be alright"

Q. "Had they got their air tickets to U.S.A.?"

A. "I wouldn't know".

Q. "Any idea where they might have stayed if not in hotels in Livingston?"

A. "I expect they caught a ferry".

Q. "Do you know who might have posted the letter on 18th July"?

A. "No."

Q. "Any mention of Chris, going to Trinidad and Peta going to New Orleans?"

A. "Might have been mentioned in discussion. They intended to sail to Costa Rica, but they were in no hurry"

Q. "We understand that you had some trouble with the boat, it was damaged?"

A. "Yes, the mast was split".

Q. “How, was it gale damage?”.

A. “Yes”.

Q. “Where was this?”

A. “Off Porto Barrios”.

Q. “You were at Hunting Cay on the 29th June, when did you drop them off, what date and when did you get to Livingston?”.

A. “I dropped them off somewhere about the 3rd to the 6th July, I don't remember”.

Q. “We have records showing you entered Livingston on the 6th”.

A. “Don’t remember, but if you say so”.

Q. “Whereabouts were you seen by fisherman?”

A. “I don’t remember any fisherman?”

Q. “Where [sic] there any drugs aboard the boat?”

A. “No”.

Q. “Where [sic] they clear on their next destination?”

A. “They were travelling to Mexico, then changed to go to Costa Rica”.

Q. “Do you still have the boat’s log, or any details of the trip? “.

A. “No.”

Q. “How would you expect them to get into Livinston [sic]?”.

A. “Hire a Dhorry”.

Q. “If they had gone through normal channels in Livingston, what problems would they have arriving in Honduras?”

A. “Everybody does it”.

Q. “How would they get on into Guatemala if no entry stamps on their passports?”

A. “No questions are asked”.

Q. “Are there any Communist guerillas in Guatemala?”

A. “I’ve not heard of any, but natives think there are”.

Q. “Had they mentioned going to Peru or Columbia”?

A. “Just talk, and mention of San Andreas”.

Q. “Did they pay for their time on board?”

A. “Yes, 500 dollars. (I have enquired amongst friends and this is regarded as a ridiculously large figure, perhaps 50$ each is more realistic. In fact I calculate Peta and Chris, could have had anything between £500 to £1,000 in currency in their joint possession at this time”).

Q. “What cargo did you pick up at Dangriga?”.

A. “Did not have any cargo - only Coconuts and Mangoes for ballast”.

Q, “Have you any idea what might have happened to them?”

A. “No”.

Q. “There is no trace of them ever having been in Livingston, except your report of seeing them on a ferry.

A. “Oh – I guess I saw them around the 9th boarding a ferry, but when I had walked round, they had gone. Let me know if you hear anything about them.”

20. I learned from my conversation with the GMP that the matter was referred by GMP to Interpol and U.S. law enforcement. In a letter to Charles Farmer dated July 29, 1981, Sergant [sic] James R. Kelly of the San Rafael Police Department wrote of his investigation of BOSTON in 1981 for the abduction of his son, Justin, for whom the Justin B. was named.[2] Kelly observed that, “During my investigation of Boston, he managed to elude law enforcement officers throughout Northern California; This was an extremely intensive search as Boston had possession of the child and it was feared he would leave the country.” Responding to a request from Interpol, Kelly asked BOSTON about the disappearances of CHRIS and PETA:

> At the time I interviewed Boston I had thoroughly reviewed the information from Inspector Sacks [of the GMP]. As I have related earlier, Boston became visibly upset when I informed him of the deaths of Dr. Farmer and Miss Frampton. Prior to this he had been very calm and was freely discussing the child abduction case with me. Boston was confused about exact dates except for the telephone call he made to his former wife, Kathe Quinn, from Livingston on July 16th or 17th. He remembered this date because July 16th is his daughters birthday and was the reason he made the call.

**The Sacramento Police Department Cold Case Unit Obtained Direct Evidence that BOSTON Murdered FARMER and FRAMPTON**

21. I learned from the GMP that the investigation of the deaths of FARMER and FRAMPTON eventually stalled and the case went cold. But I have also learned from SPD

[2] This case was ultimately dismissed. I am not relying upon it for probable cause.

Detective Crosby that her recent investigation of the cold case disappearance of MARY LOU BOSTON yielded important new evidence about the deaths of FARMER and FRAMPTON. In my review of SPD reports from the investigation into the disappearance of MARY LOU and my conversations with SPD Detective Crosby, I learned BOSTON's two sons, RUSSELL BOSTON (RB) and VINCE BOSTON (VB) provided detailed statements, photos, emails, and other evidence implicating BOSTON in the murder of FARMER and FRAMPTON. RB and VB both say that they saw their father murder FARMER and FRAMPTON. At the time of the murders, RB was 11 years old and VB was 13 years old.

22. On October 13, 2015, VB spoke with Detective Crosby via telephone and the conversation was recorded. VB stated the trip to Belize occurred after an incident in Sacramento, California. RB and VB shared a room next door to BOSTON and they heard a female yelling at BOSTON in the middle of the night telling BOSTON to stop. Soon after the incident with the female, BOSTON took RB and VB to get passports and buy snorkeling gear at Big 5 Sporting Goods. BOSTON then drove his sons in a truck through Mexico until they reached Belize. BOSTON bought a boat in Belize and named it the Justin B after his other son, Justin. BOSTON and his sons VB and RB sailed around the keys and took tourists out on the boat. BOSTON charged tourists money for snorkeling or scuba diving. BOSTON was not licensed to provide guided tours or meals while in Belize.

23. VB told Detective Crosby that while in Belize City, BOSTON and his sons picked up a young couple named "Chris Farmer" and "Peter Frampton" who were tourists from England. VB recalled that they would constantly write letters home detailing their trip. VB recalled FARMER had a film camera and he believed BOSTON kept it. VB indicated he had one of the photos which depicts FARMER, VB, and RB standing on the Justin B.

24. VB told Detective Crosby that BOSTON would become very violent when he drank alcohol and sometimes he would cuss and yell at RB. On one such occasion, FARMER told BOSTON to leave RB alone. BOSTON tried to hit FARMER, missed, and fell into the water. FARMER and FRAMPTON laughed at BOSTON after he fell into the water. Soon after the incident with FARMER, according to VB and RB, BOSTON began plotting FARMER's and FRAMPTON's death.

25. VB described the murders to Detective Crosby. At the time, the Justin B was far out from the port and anchored in the harbor near the port of Livingston, Guatemala. One night at dusk, BOSTON told FARMER to pull up the anchor. As FARMER pulled up anchor BOSTON struck FARMER repeatedly in the head with a wooden "billy club." The "billy club" eventually broke and FARMER screamed "what's your game? what's your game?" while BOSTON assaulted him. When FRAMPTON exited the galley of the Justin B, BOSTON threatened to shoot her with a spear gun. BOSTON attempted to stab FARMER in the chest with a fillet knife but the knife broke. BOSTON then tackled FARMER and tied him up with ropes. BOSTON also bound FRAMPTON with ropes. BOSTON put FARMER in the front of the boat and put FRAMPTON down in the galley. BOSTON forced VB to watch FRAMPTON for the night while she was tied up with ropes.

26. The next morning BOSTON told FARMER and FRAMPTON he was going to take them somewhere isolated and tie them up to a tree so they could eventually escape but BOSTON could also get away. BOSTON told FARMER and FRAMPTON that he just wanted their travelers' checks and wanted the couple to sign the checks over to him. BOSTON moved FRAMPTON to the rear of the boat and they were both "hog tied." BOSTON tied machine parts (used for ship ballast) to FARMER's and FRAMPTON's bindings. BOSTON put plastic bags

over their heads and told FARMER and FRAMPTON he did not want them to see where they were. FRAMPTON and FARMER were still alive and could still breathe with the bags on their heads. The Justin B was a few miles out, in the deep water. BOSTON walked up and threw the machine parts overboard and then pushed FARMER overboard and into the water. BOSTON then pushed FRAMPTON overboard and into the water. BOSTON looked at his watch and after three or four minutes stated, "ok, they are dead now."

27. VB related to Detective Crosby that FARMER had a medical bag with his name engraved on his tools, and BOSTON told RB and VB they needed to help him get rid of the evidence and remove FARMER's name from his tools. VB did not want to be a part of getting rid of the evidence but BOSTON told him if they were caught they would all be killed. BOSTON took a hot piece of metal and melted FARMER's name off of his tools. BOSTON had RB forge the traveler's checks so BOSTON could spend them.

28. On January 19, 2016, RB also provided a statement to Detective Crosby. RB told Detective Crosby that he, VB, and BOSTON left Sacramento to go to Belize because of a "statutory rape" investigation involving BOSTON. RB explained to Detective Crosby that two days before FARMER and FRAMPTON were killed, BOSTON began yelling and punching RB on the boat. FARMER came to the RB's defense and told BOSTON to leave RB alone. BOSTON did not stop punching RB so FARMER pushed BOSTON overboard and into the water. BOSTON was angry after the incident.

29. The next day, BOSTON told FARMER and FRAMPTON he was going to drop them off in Guatemala but it had to be at night because they did not have visas. Later in the day, at dusk, BOSTON told FARMER to pull the anchor up. As FARMER was pulling up the anchor BOSTON came up behind FARMER with an "antique billy club" and hit FARMER on the back

of the head. FARMER fell to his knees and BOSTON kept hitting him with the club. FARMER started screaming, “what’s your game, what’s your game” and was trying to cover his head. BOSTON took out a fillet knife and stabbed FARMER in the chest but the knife broke. FARMER told BOSTON, “I give up, I give up” and BOSTON stopped beating him. FARMER asked BOSTON why he attacked him. BOSTON claimed it was because FARMER did not pay him for his services. FARMER told BOSTON that he would be paid immediately. BOSTON told FARMER he was not going to drop him off in Livingston but rather off on the peninsula where no one was around so he could get away before the police were called. BOSTON hurt his back during the attack and FARMER injected him with a muscle relaxer. BOSTON bound FARMER and FRAMPTON and then placed bags over their heads with holes cut in them so they could breathe.

30. RB told Detective Crosby that BOSTON steered the Justin B away from the shore and headed out to sea. FARMER and FRAMPTON were at the edge of the boat waiting to be dropped off on shore. BOSTON gathered machine parts used for ballast and set them next to FARMER and FRAMPTON. BOSTON then tied the machine parts to FARMER and FRAMPTON with a rope. BOSTON stated, “ok we are right along the shore and its really shallow so I’m going to push you guys off, it’s not very deep so you are going to just stand right up. Here we go.” BOSTON pushed FARMER off first and dropped the weight behind him. FRAMPTON started screaming, asking FARMER if he was ok. BOSTON pushed FRAMPTON off the boat and then pushed the weight into the water. BOSTON filled the sails with air and the Justin B sailed away. No one said anything for a couple of hours then BOSTON stated, “you know, I had to do that. They didn’t give me a choice.”

31. RB stated that BOSTON sailed the Justin B to Livingston, Guatemala. BOSTON took FARMER's and FRAMPTON's clothes and dropped them off at a local business. BOSTON "steamed" open and read the letters FRAMPTON had written. BOSTON re-sealed the letters and mailed them to FRAMPTON's family. BOSTON said it was better for the families to get the letters and think FARMER and FRAMPTON were still alive in Livingston, Guatemala. I believe BOSTON mailed this letter to FRAMPTON's family on July 18, 1978 from Livingston, Guatemala, because the FRAMPTON family received FRAMPTON's final letter in early August with this postmark. Furthermore, I believe BOSTON mailed the letter, as RB claims, because on July 8, 1978, ten days before the letter was postmarked, the bodies of FARMER and FRAMPTON were recovered from the sea by the "Bomberos."

32. RB stated that BOSTON took the boys to El Estor, Guatemala, for about a week after the murders. RB indicated BOSTON was later told by INTERPOL that the bodies had washed up on shore, and they were tied to weights. BOSTON told RB that he told the investigators he had just dropped FARMER and FRAMPTON off and they were going to get in a boat to head to another destination. RB sent Detective Crosby the following photograph in an email on January 27, 2016, which RB said depicts FARMER on the Justin B with RB and VB:



33. I reviewed a report from Detective Crosby which documented her interview of Bryan Logsdon, a former friend of BOSTON. Logsdon spent one year with BOSTON travelling through Mexico in the early 1990s and last had contact with BOSTON in the year 2000. During their time together, BOSTON told Logsdon that he had committed a number of murders. Logsdon knows BOSTON because of Logsdon's prior friendship with RB, whom Logsdon described as "more of a brother than my real brother is."

34. BOSTON told Logsdon about a young couple he took out sailing while he was in Belize. BOSTON told him one of the victims was a doctor. BOSTON said he took the couple out and tied rocks or boat parts to them and put bags over their heads. BOSTON then threw the male into the water while he was still tied up to the weights. BOSTON said the female on the boat heard the splash of the male victim entering the water and started calling her boyfriend's name and after a couple of minutes BOSTON threw the female into the water. BOSTON told

Logsdon it was funny because when the bag burst over her head you could hear her screams through the bubbles that came up while she was drowning. BOSTON was telling the story and laughing because he had gotten away with it. BOSTON told Logsdon the story in a nonchalant manner as they were driving. BOSTON told Logsdon he learned from killing the two tourists that you should always "gut someone when you are going to throw them in the water because otherwise they are going to bloat and float ashore." BOSTON told Logsdon he killed the tourists for the fun of it and that Interpol tried to interview him about the murders but he would not travel back with them to Belize because he knew he would be arrested.

35. Logsdon stated if BOSTON knew he had talked to law enforcement he would fear for his family's safety and that BOSTON may still have contacts to get something done.

**<u>The FBI Investigation Obtained Corroborating Evidence</u>**

36. In my review of the police reports, letters, and statements of VB and RB in this case I believe the murders of FRAMPTON and FARMER occurred between the dates of June 29, 1978 (the last letter written and dated by FRAMPTON) and July 6, 1978 (the date the Justin B returned to the Livingston port in Guatemala). The bodies of FRAMPTON and FARMER were recovered from the sea on July 8, 1978.

37. I received a copy of BOSTON's birth certificate from the California Department of Public Health, Center for Health Statistics. The birth certificate lists Boston's date of birth as March 20, 1941, and birthplace as "Shasta Co. Hospital, Clear Creek, Rural Shasta." I know Shasta County is located in Northern California. I reviewed a report from the Marin County Sheriff's Department which was a booking sheet for an arrest of BOSTON on February 19, 1981. On the form, BOSTON's place of birth is listed as Redding, California. I reviewed a record from the US Department of Homeland Security which reflects BOSTON as holding a

valid United States Passport as of June 1, 2015. Based upon these records, I believe that at the time of the offense, BOSTON was a citizen of the United States of America.

38. On August 9, 2016, the FBI interviewed Alberto Mahler in Belize City. Mahler was the acting harbor director who sent a letter to Charles Farmer in 1978, as detailed in paragraph 11. Mahler recognized his signature on the letter, but had no independent recollection of the circumstances. Mahler identified the photocopied documents attached to the letter as documents which would have been used by the Belize Port Authority at the time.

39. The FBI recently located and interviewed one of the bomberos, Alicio Palacios, who recovered the bodies of FARMER and FRAMPTON, as described in paragraph 13. Palacios was shown the report labeled "Report of Miscellaneous Services" which detailed the recovery of the bodies from the sea. Palacios stated he recalled recovering the bodies and verified the report looked like a report in which they would document a call for service.

40. Dr. Cuellar, who performed the autopsy report detailed in paragraph 15, was recently located and interviewed by the FBI in Guatemala. Dr. Cuellar is retired. Dr. Cuellar reviewed the letter dated February 7, 1979, verified its authenticity, and recognized his signature at the bottom of the page.

41. I recently interviewed former Sergeant Kelly of the San Rafael Police Department. Kelly informed me he retired in 2004, but recalled interviewing BOSTON at the request of Interpol as detailed in paragraph 20. Kelly stated BOSTON told him he did have FRAMPTON and FARMER aboard his ship but he dropped them off at their intended destination and watched them walk away.

42. I interviewed RB on October 13, 2016, and he verified the statements he made to Detective Crosby. RB provided a briefcase to the FBI which contained old identification cards

and a receipt for the original purchase of the Justin B. According to RB the Justin B was originally named the "Marcia P" and it was purchased on April 19, 1978, by BOSTON and BOSTON's father, Russell Boston (who shares a first name with his grandson RB). RB verified his grandfather's signature and his father's signature on the receipt as the new owners of the boat.

43. RB told me he is still fearful of BOSTON because of his past experiences with him and his violent behavior. In the 1970s and 1980s, BOSTON fled from law enforcement numerous times after becoming aware of potential charges against him. RB told me BOSTON would flee to Mexico and was living there until his health started failing and he needed medical care. RB told me BOSTON would again flee to Mexico if he knew of the current investigation. BOSTON speaks Spanish fluently. BOSTON is very vindictive and RB is unsure of who BOSTON has as contacts in the "outlaw" world. RB told me that BOSTON does not telegraph his acts of violence; if he plans to retaliate, he plans his retaliation carefully. BOSTON told RB in a conversation, "anything worse than a nigger is a nigger lover, anything worse than a nigger lover is a snitch."

44. RB stated he recalls BOSTON being intoxicated after the murders of FARMER and FRAMPTON and he threatened to kill the boys. BOSTON stated "if there is a heaven they can find their mother." BOSTON told RB and VB how he killed their mother and about others he had killed. BOSTON stated the he only regretted killing their mother and that the boys needed to die. While anchored offshore, BOSTON told RB that his pet parrot named SALTY did not need to die and that RB should take SALTY into town and give the bird away. BOSTON would not let VB accompany RB into town. As RB left to take the parrot ashore, BOSTON told him that BOSTON would kill RB and VB quickly, but if RB did not return he would kill VB

slowly and painfully. RB was not able to give SALTY away and ended up rowing back to his father and VB with the parrot. RB had tears in his eyes while he was rowing back to the boat because he thought he was going to die. Upon arriving back at the Justin B., RB realized that while RB had been gone, BOSTON had sold the Justin B. to a passing American couple who had been interested in the boat. BOSTON told RB and VB to pack their bags because they were going back to the United States.

45. I interviewed VB on October 13, 2016, and he verified the previous statements he made to Detective Crosby. VB also added he is afraid of BOSTON and stated BOSTON is capable of sending someone after him despite his health problems. VB will feel safer once BOSTON is in the custody of law enforcement. I reviewed the statement VB provided to Detective Crosby on October 13, 2015. VB stated BOSTON lived in Mexico in the 1980s and Southern California in the 1990s. BOSTON usually travelled into Mexico when things were "hot." BOSTON equates "hot" to being wanted by law enforcement. If BOSTON wanted to travel into Mexico he would usually drive across the border.

46. RB and VB are estranged from one another and their father.

**<u>BOSTON's Statements about Other Murders</u>**

47. BOSTON has told various people over the years since MARY LOU's disappearance that he killed her. Logsdon provided a statement to Detective Crosby in which he said BOSTON told Logsdon about the murder of MARY LOU. BOSTON said that MARY LOU was going to leave BOSTON in a divorce so he took her to one of his favorite shooting places and when she got out of the truck BOSTON said to her "run bitch" and she started running. BOSTON fired shots at her with his gun and hit her. BOSTON told Logsdon he was unsure if he hit her on the back of her skull or the base of her skull but the shot did not kill her.

BOSTON stated he walked up to her and she looked up at him and said "but what about the kids?" BOSTON told Logsdon that after she asked him the question BOSTON just "snuffed the bitch." BOSTON said he "snuffed" her in a creek bed and it caved in on her and that she will not be found for a "million years."

48. RB provided a statement to Detective Crosby about MARY LOU on January 19, 2016. BOSTON provided the details about his murder of MARY LOU directly to RB. RB stated BOSTON got MARY LOU to get into his car on the day he killed her by saying he just wanted to talk to her. Once she got in the car, BOSTON told her he was going to kill her and she begged him not to kill her. BOSTON told MARY LOU to run from the car and eventually she did. When she ran, BOSTON shot her. BOSTON then went up to her after she was shot and bleeding and crying and her last words were "what about the kids, what about the kids?" and then she died. BOSTON buried her and had blisters on his hands afterwards.

49. VB also provided a statement to Detective Crosby on October 13, 2015, related to the murder of MARY LOU. VB stated BOSTON told him directly he killed MARY LOU and buried her in a place that no one would ever find her. BOSTON told VB he shot her as she was running away and the last thing she said was "Duane, what about the kids?" and then he shot her in the back and buried her. VB heard from BOSTON's mother (VB's grandmother) and BOSTON himself that MARY LOU was the only victim BOSTON regretted killing and that he killed her for his kids.

50. BOSTON also told Logsdon about another couple who had hired BOSTON while he was in Belize. BOSTON took them to a small island in a small rubber raft, robbed them, cut their throats, and left them in the jungle. Soon after killing this couple, BOSTON sold his boat

to an unknown American couple. Logsdon did not know if RB or VB had witnessed this other couple being murdered.

51. During my interview with RB on October 13, 2016, RB mentioned a German couple had wanted to travel to Roatan, Honduras, after the murders of FRAMPTON and FARMER. The Justin B traveled from Livingston, Guatemala to San Pedro, Guatemala when a huge storm arrived. The Germans became scared and began to paddle on both sides of the Justin B towards the shore. BOSTON joked that they looked like "Vikings" with the way they paddled. The Germans did not have visas to enter San Pedro so BOSTON helped them ashore by himself in a smaller boat carried onboard the Justin B. RB gave me a scrap of paper from among the documents that BOSTON had given RB. It had a German address written on it. Law enforcement in Germany located a German citizen who stated that he had travelled in Central America in 1978. The FBI has not been able to link BOSTON to the murder of any Europeans besides FARMER and FRAMPTON.

52. BOSTON also told Logsdon about a time a female told BOSTON she had been sexually assaulted by five drug dealers out of Sacramento. BOSTON said he helped her plan how to get back at the guys who had assaulted her. BOSTON told Logsdon he pulled up, jumped out of the car, and fired his handgun at the group of guys, hitting three of them. BOSTON told Logsdon he had to destroy the gun after the shooting. The investigation to this point has not been able to corroborate BOSTON's claims about this shooting.

53. The investigation has, however, corroborated another claim BOSTON has made about killing someone. During an interview with Detective Crosby, RB advised that he had been told by BOSTON that BOSTON had been involved in a hit and run traffic accident on Lemon Hill Avenue in Sacramento, California in the late 1960's or early 1970's. BOSTON told RB that

the victim had been killed and that the incident had been in the local newspaper. Detective Crosby was able to locate a Sacramento Bee article describing the June 10, 1972, hit and run traffic death of Marshall Williams on Lemon Hill Avenue near Stockton Boulevard in Sacramento.

54. Today I arrested BOSTON in Paradise, which is in the State and Eastern District of California.

## CONCLUSION

I submit that this affidavit establishes probable cause that SILAS DUANE BOSTON has committed two violations of 18 U.S.C. §§ 7 and 1111(a) – maritime murder. I request an arrest warrant for SILAS DUANE BOSTON be issued. I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

David J. Sesma
Special Agent, FBI

Subscribed and sworn before me This 1st day of December, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

Matthew D. Segal
Heiko P. Coppola
Jeremy J. Kelley
Assistant United States Attorneys