PHILLIP A. TALBERT
United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
JEREMY J. KELLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
DEC - 8 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SILAS DUANE BOSTON,<br>Defendant. | 2:16 - CR - 0227 JAM<br>CASE NO.<br>18 U.S.C. § § 7(1) and 1111 – First Degree Murder (2 counts) |

# I N D I C T M E N T

COUNT ONE: [18 U.S.C. §§ 7(1) and 1111 – First Degree Murder]

The Grand Jury charges: T H A T

SILAS DUANE BOSTON,

defendant herein, between in or about June 1978 and in or about July 1978, on the high seas and on the Justin B., a vessel belonging in whole and in part to a citizen of the United States, within the special maritime and territorial jurisdiction of the United States, did willfully, deliberately, maliciously and with premeditation and malice aforethought, unlawfully kill Christopher Farmer, a human being, in violation of Title 18, United States Code, Sections 7(1) and 1111.

COUNT TWO: [18 U.S.C. §§ 7(1) and 1111 – First Degree Murder]

The Grand Jury further charges: T H A T

SILAS DUANE BOSTON,

defendant herein, between in or about, June 1978 and in or about July 1978, on the high seas and on the Justin B., a vessel belonging in whole and in part to a citizen of the United States, within the special maritime and territorial jurisdiction of the United States, did willfully, deliberately, maliciously and with premeditation and malice aforethought, unlawfully kill Peta Frampton, a human being, in violation of Title 18, United States Code, Sections 7(1) and 1111.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

No. ___________

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

SILAS DUANE BOSTON

NO PROCESS NECESSARY

INDICTMENT

**VIOLATION(S):** 18 U.S.C. § § 7(1) AND 1111 – FIRST DEGREE MURDER (2 COUNTS)

*A true bill,*

**/s/ Signature on file w/AUSA**

_________________________________________

*Foreman.*

*Filed in open court this* _______________ *day*

*of* _______________, *A.D. 20* ______

_________________________________________

*Clerk.*

*Bail, $* ___________

NO PROCESS NECESSARY

Carolyn K. Delaney

_________________________________________

**Carolyn K. Delaney**
**U.S. Magistrate Judge**

GPO 863 525

**United States v. Silas Duane Boston**
**Penalties for Indictment**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 1111(a) – First Degree Murder

PENALTIES: Death or Life imprisonment

**COUNT 2:**

VIOLATION: 18 U.S.C. § 1111(a) – First Degree Murder

PENALTIES: Death or Life imprisonment

SPECIAL ASSESSMENT: $100 (mandatory on each count)

2:16 - CR - 0227 JAM